UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATTHEW GODDARD,

     Plaintiff,

v.

                                CASE NO. 8:25-cv-00721-SDM-RMN

FRANK BISIGNANO,
Commissioner of Social Security,

     Defendant,

_____/

## ORDER

After an earlier order (Doc. 20) granted Matthew Goddard's motion (Doc. 18) for entitlement to an attorney's fee, Matthew Goddard moves (Doc. 22) for a $5,000 attorney's fee. In a well-reasoned report and recommendation (Doc. 23), the magistrate judge recommends granting the motion. No response appears to either the motion or the report and recommendation. The report and recommendation are **ADOPTED**, the motion for an attorney's fee is **GRANTED**, and the clerk is **DIRECTED** to enter judgment for Matthew Goddard and against the Commissioner of Social Security for $5,000 as an attorney's fee. In accord with *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the Commissioner must remit payment to Matthew Goddard. If the Commissioner concludes that Matthew Goddard owes no debt to the government, the

- 2 -

Commissioner may honor an assignment of fees to Matthew Goddard's lawyer.

ORDERED in Tampa, Florida, on May 29, 2026.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE